UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CARISSA BARBER,** | ) |
| | ) |
| Plaintiff, | ) |
| | )   **Case: 2:24-cv-02023** |
| v. | ) |
| | ) |
| **DF WIRELESS – CUNNINGHAM, INC.** | ) |
| **d/b/a METRO BY T-MOBILE,** | )   **Jury Trial Demanded** |
| | ) |
| Defendant. | ) |

**STIPULATION**
**(Emotional Distress)**

NOW comes Carissa Barber ("Plaintiff"), and Defendant, DF Wireless – Cunningham, Inc. d/b/a Metro by T-Mobile, by and through the undersigned counsel, and hereby stipulate and agree that the Plaintiff will offer no evidence and seek no damages for emotional distress for any claims against the Defendant in this matter.

**IT IS SO AGREED, STIPULATED AND CONSENTED**

Dated this 20th day of February, 2025.

| | |
|---|---|
| **/s/ *Travis P. Lampert* (with consent)** | **/s/ *Lorna K. Geiler*** |
| **TRAVIS P. LAMPERT, ESQ.** | **LORNA K. GEILER, ESQ.** |
| SULAIMAN LAW GROUP LTD. | MEYER CAPEL |
| 2500 S. Highland Avenue, Suite 200 | 306 W. Church Street |
| Lombard, Illinois 60148 | Champaign, IL 61826 |
| Phone (630) 581-5456 | Phone: 217-352-1800 |
| tlampert@sulaimanlaw.com | lgeiler@meyercapel.com |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE BY ATTORNEY**

   In accordance with Fed.R.Civ.P. 5(a) the undersigned attorney certifies, under penalty of perjury, as provided by law pursuant to 28 U.S.C. § 1746, that the statements set forth in this instrument are true and correct and that on the 20th day of February, 2025 caused the forgoing **STIPULATION (Emotional Distress)** to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mohammed Omar Badwan – mbadwan@sulaimanlaw.com
Travis Phillip Lampert - lampert@sulaimanlaw.com

              **s/ Lorna K. Geiler**
              Lorna K. Geiler, No. 6192940
              Attorney for the Defendant
              Meyer Capel, A Professional Corporation
              306 W. Church Street
              Champaign, IL 61820
              Telephone: (217) 352-1800
              lgeiler@meyercapel.com