E-FILED
Wednesday, 11 June, 2025  05:21:33 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **CARISSA BARBER**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:24-cv-02023** |
| | ) | |
| v. | ) | |
| | ) | |
| **DF WIRELESS - CUNNINGHAM, INC.** | ) | |
| **d/b/a METRO BY T-MOBLIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Travis P. Lampert and Mohammed Badwan of the law firm Sulaiman Law Group, Ltd. ("Counsel"), attorneys for Carissa Barber ("Ms. Barber"), moving to withdraw as counsel, and in support thereof, states as follows:

1. Mr. Badwan and Mr. Lampert were retained by Plaintiff to represent her in the instant action.

2. Despite Counsel's diligent efforts to communicate with Plaintiff in the prosecution of her claims, Plaintiff has ceased communications with Counsel.

3. Mr. Lampert and staff of Sulaiman Law Group, Ltd., have attempted to contact Ms. Barber on numerous occasions via electronic mail, text messages, phone calls, and regular mail to no avail.

4. Counsel is unable to continue their representation of Plaintiff due to Plaintiff's unresponsiveness, failure to communicate with Counsel and failure to participate in the discovery process of litigation.

1

5.      Because of the foregoing reasons, Counsel respectfully requests to withdraw from representation in this matter.

6.      Plaintiff is hereby further advised that within twenty-one (21) days after entry of the Order of Withdrawal, she should retain other counsel or file with the Clerk of this Court her supplementary appearance, stating there an address at which service of notices or other papers may be had on her.

7.      Accordingly, for the reasons stated herein, Counsel seeks an order withdrawing the representation of Travis P. Lampert, Mohammed Badwan, and Sulaiman Law Group, Ltd.

WHEREFORE, the law firm of Sulaiman Law Group, Ltd., by Travis Lampert and Mohammed Badwan, respectfully requests that this Court enter an order permitting Counsel to withdraw as attorney of record for Plaintiff Carissa Barber and grant such other relief as this Court deems just and proper.

DATED: June 11, 2025                         Respectfully submitted,

/s/ *Travis P. Lampert*
Travis P. Lampert, Esq.
Mohammed Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: 630-575-8181
tlampert@sulaimanlaw.com
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2025, a true and correct copy of the

foregoing has been served via electronic service to all counsel of record and via U.S. Mail and

electronic mail to:


**Carissa Barber**
305 Long Hill Dr, Unit [Range A - B]
Urbana, IL 61801-1903
Email: carissabarber2012@gmail.com


.


/s/ *Travis P. Lampert* _____
**TRAVIS P. LAMPERT, ESQ.**