UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| CARISSA BARBER, <br><br> Plaintiff, <br><br> v. <br><br> DF WIRELESS CUNNINGHAM INC., <br><br> Defendant. | Case No. 24-2023 |

REPORT AND RECOMMENDATION

On January 26, 2024, Plaintiff filed her Complaint against Defendant. The Court adopted the parties' proposed discovery schedule on July 18, 2024. The same day, Defendant filed a Partial Motion for Summary Judgment (#15) and Motion to Dismiss (#16). At the request of the parties, the Court deferred ruling on the Partial Motion for Summary Judgment. Upon no objection by Plaintiff, the Court granted the Motion to Dismiss, dismissing Counts VIII and IX.

On June 11, 2025, Plaintiff's attorneys filed a Motion to Withdraw (#45), in which they stated that Plaintiff had ceased communications with counsel. Plaintiff had not responded to counsel's numerous emails, texts, phone calls, and regular mail attempts. The Court granted the Motion to Withdraw, giving Plaintiff until July 2, 2025, to find new counsel. The Court cautioned Plaintiff that failure to obtain new counsel may result in dismissal of her case, without prejudice.

No attorney entered an appearance for plaintiff. The Court set this matter for a telephone status call on July 31, 2025, directing Plaintiff to attend the call, as a pro se party. Plaintiff failed to appear for the status call.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within twenty-one (21) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. §

2:24-cv-02023-CSB-EIL   # 46   Filed: 07/31/25   Page 2 of 2

636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 31st day of July, 2025.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE
