# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| CARISSA BARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24-CV-2023 |
| v. ) | |
| ) | |
| DF WIRELESS – CUNNINGHAM, INC. ) | |
| d/b/a METRO BY T-MOBILE, ) | |
| ) | |
| Defendant. | |

## ORDER

On July 31, 2025, Magistrate Judge Eric I. Long entered a Report and Recommendation (#46), recommending this case be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objection has been filed. Upon review, the court agrees with and accepts the Magistrate Judge's Report and Recommendation.

IT IS THEREFORE ORDERED:

(1) The Report and Recommendation (#46) is accepted by this court.

(2) This case is DISMISSED with prejudice as a sanction against Plaintiff for her lack of prosecution.

(3) The Motion for Partial Summary Judgment (#15) is DENIED as moot.

(4) This case is terminated.

ENTERED on this 22nd day of August 2025.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE